# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Crawford,<br><br>　　　　Plaintiff,<br><br>v.<br><br>National Rifle Association of America Political Victory Fund, et al.,<br><br>　　　　Defendants. | NO. CV-23-00903-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 6, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 6, 2023

　　　　　　　　　　　　　　　　　s/ S. Ferdig
　　　　　　　　　　　　By　　　Deputy Clerk